ACCEPTED
03-15-00103-CR
4563555
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 1:04:38 PM
JEFFREY D. KYLE
CLERK

# RICHARD E. WETZEL
## ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 1:04:38 PM
JEFFREY D. KYLE
Clerk

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law@1411west.com
www.TexasCriminalAppealsDaily.com

March 19, 2015

Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX
78711-2547

Re: Lewis v. State, No. 03-15-00103-CR, in the Third Court of Appeals

Dear Clerk Kyle:

I have complied with TEX. R. APP. P. 48.4. A copy of the return receipt from the letter I sent to Mr. Lewis on March 13, 2015, is attached. Thank you for your attention and cooperation in this matter.

Sincerely,

/s/ Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

**U.S. Postal Service™**
**CERTIFIED MAIL™ RE**
*(Domestic Mail Only; No Insurance*

For delivery information visit our website

OFFICIAL

US POSTAGE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 6.00 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.48 |

Sent To  JASON LE

Street, Apt. No.; or PO Box No.  GURNEY L

City, State, ZIP+  Palestine, T

PS Form 3800, August 2006

7014 1200 0002 0648 8715

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jason Lewis
1980530
1385 Fm 3328
Palestine, TX
75803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Donic Dawkins_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Tonica Dawkins_   3/17/15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☒ No

MAR 17 2015

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 1200 0002 0648 8715

PS Form 3811, July 2013   Domestic Return Receipt